52 A.3d 222

COMMONWEALTH of Pennsylvania, Respondent

v.

Simon RABAN, Petitioner.

Supreme Court of Pennsylvania.

Sept. 4, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 4th day of September, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the Superior Court correctly held that Section 305(a)(1) of the Dog Law, 3 P.S. § 459–305(a)(1), is a strict liability offense. In briefing this issue, the parties are directed to include a discussion within the framework of the Statutory Construction Act, 1 Pa.C.S.A. §§ 1501 *et seq.*, as to whether the General Assembly intended Section 305(a)(1) to be a strict liability offense.